**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UPS CAPITAL BUSINESS CREDIT**, | : | **CIVIL ACTION NO. 1:10-CV-1379** |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **HARRISBURG HYUNDAI REAL ESTATE, L.P.**, and **HARRISBURG HYUNDAI REAL ESTATE, INC.**, | : | |
| Defendants | : | |

------------------------------------------------------------------------

| | | |
|---|---|---|
| **UPS CAPITAL BUSINESS CREDIT**, | : | **CIVIL ACTION NO. 1:10-CV-1380** |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **HARRISBURG HYUNDAI, INC.**, **THE ROSADO GROUP, INC.**, and **WILLIAM ROSADO**, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 13th day of October, 2010, upon consideration of the order of court dated August 18, 2010, wherein the court ordered defendants to show cause why judgment should not be entered against them in accordance with the confession of judgment filed by plaintiff, and it appearing that the court directed defendants to file a response on or before September 3, 2010, and it further appearing that, as of the date of this order, defendants have failed to file a response showing cause why judgment should not be entered against them, it is hereby ORDERED that:

1.  The Clerk of Court is instructed to enter JUDGMENT in accordance with the confession of judgment filed by plaintiff.

2.  The Clerk of Court is directed to CLOSE the above-captioned case.


  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge